## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

WILLIAM MORGAN

    Plaintiff

      v.

LOWE'S HOME CENTER LLC,

    Defendants

CIVIL ACTION NO.:   3:CV22-1089

Date:  August 29, 2022

### NOTICE OF REMOVAL

    To the Judges of the United States District Court for the District of Connecticut, the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby files this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

    1.    On or about August 3, 2022, a copy of the Writ, Summons and Complaint was delivered by a marshal to Deneen L. Seifel, Corporation Service Company, Registered Agent for Service of Lowe's Home Centers LLC.  The Complaint and Summons for this matter were returned to the Superior Court for the Judicial District of Hartford at Hartford on August 26, 2022, entitled: William Morgan v. Lowe's Home Center, LLC with docket number HHD-CV22-6159954-S (hereinafter "State Action") returnable September 13, 2022, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

101384347
101384347
101384347

2.      There is one named plaintiff in the State Action.  In the Complaint, the Plaintiff claims that on August 14, 2020, the Plaintiff was caused to slip and fall due to water on the floor at the defendant's facility and injured himself as a result. The Complaint alleges that the Plaintiff suffered injuries and damages which were caused by the negligence of the Defendant.

3.      This action involves citizens of different states.  At all times relevant, the Plaintiff is a citizen of the state of Connecticut.  (See Exhibit A, Summons and Complaint).

4.      The Defendant, Lowe's Home Center, LLC, is a limited liability corporation with a principal place of business in North Carolina. Pursuant to *Andreoni v. Forest City Enterprises, Inc.,* 660 F. Supp. 2d 254, 257 (D. Conn. 2009), the Defendant states that the members of Lowe's Home Center, LLC and their states of domicile are North Carolina.

5.      Attorney Gina Hall has filed a notice of appearance on behalf of the Defendant in the State Action, a copy of which is attached hereto as Exhibit B.

6.      Based on the allegations in the Plaintiff's Complaint and discussions with plaintiff's counsel, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. As a result of the fall, plaintiff is claiming "contusion of the right hip, right thigh, and right knee; concussion; post-concussion syndrome; headaches; difficulty concentrating; dizziness; post traumatic abductor tendonitis with iliotibial band inflammation; cervical spine sprain/strain; and traumatic cyst on lumbar spine." (Ex. A,

2

101384347
101384347
101384347

Complaint at ¶ 7.)  Furthermore, as a result of the fall, the Plaintiff is claiming he was required to undergo "surgery in order to remove a cyst on his lumbar spine." (Ex. A, Complaint at ¶ 8.)

7.     The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the principal place of business of the Defendant Lowe's Home Center, LLC, is wholly diverse from the citizenship of the plaintiff; (2) the citizenship of the members of the Defendant limited liability company is wholly diverse from the domicile/citizenship of the plaintiff; and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

8.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Defendant of the Summons and Complaint, as the Complaint was served on August 3, 2022, and this Notice of Removal is being filed within 30 days of the date that the Summons and Complaint were served.

9.     The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

10.     The Superior Court for the Judicial District of Hartford at Hartford is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

3

101384347
101384347
101384347

11.     A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of Hartford, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC

By:   /s/ *Gina M. Hall*
        Gina M. Hall
        ghall@morrisonmahoney.com
        Fed Bar #ct26885
        Morrison Mahoney LLP
        One Constitution Plaza, 10th Floor
        Hartford, CT 06103
        Phone:    860-616-4441
        Fax:        860-244-3800

4

101384347
101384347
101384347

## CERTIFICATION

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **August 29, 2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Paul A. Morello, Jr.
Donovan & Morello, LLP
154 West St, Ste B
Cromwell, CT 06416

By:   /s/ *Gina M. Hall*
　　　　Gina M. Hall

5

101384347
101384347
101384347

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 11-19
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* | STATE OF CONNECTICUT SUPERIOR COURT *www.jud.ct.gov* |



**Instructions are on page 2.**

☐  Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒  Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐  Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 95 Washington Street, Hartford 06106 | ( 860 ) 548 – 2700 | 09/13/2022 |

| ☒ Judicial District    G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
| ☐ Housing Session  ☐ Number: | Hartford | Major: **T** | Minor: **12** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Donovan & Morello, LLP 154 West Street, Cromwell, CT 06416 | 105052 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 635 –7373 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Morgan, William  Address: 201 Hannah Lane, Coventry, CT 06238 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: Lowe's Home Centers, LLC, 1000 Lowe's Boulevard, Mooresville, NC 28117  Address: Agent for Service: Corporation Service Company, 225 Asylum Street, 20th Floor. Hartford, CT 06103 | D-01 |
| Additional defendant | Name:  Address: | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1.  **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2.  To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3.  If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/
4.  If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5.  If you have questions about the summons and complaint, you should talk to an attorney.
    **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|---|
| 08/01/2022 | *[signature]* | | ☐ Clerk | Paul A. Morello, Jr. |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a.  The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b.  It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | |
| c.  The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d.  The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

| RETURN DATE: SEPTEMBER 13, 2022 | : | SUPERIOR COURT |
|---|---|---|
| WILLIAM MORGAN | : | JUDICIAL DISTRICT OF HARTFORD |
| VS. | : | AT HARTFORD |
| LOWE'S HOME CENTERS, LLC | : | AUGUST 1, 2022 |

## COMPLAINT

1.      At all times mentioned herein, the Defendant, **Lowe's Home Centers, LLC**, is a Foreign Corporation, organized and existing under the laws of the State of North Carolina, and was in the business of maintaining a store for the sale of home, garden and building products to the general public, located at 31 Buckland Hills Drive, Manchester, Connecticut.

2.      At all times mentioned herein, the Defendant, **Lowe's Home Centers, LLC,** owned, maintained, possessed and/or controlled the premises located at 31 Buckland Hills Drive, Manchester, Connecticut, for the use of the general public patronizing the Defendant's Store located at said address.

3.      At all times mentioned herein, the Plaintiff, **William Morgan**, was a business invitee on the Defendant's premises as described above.

4.      On or about August 14, 2020, at approximately 9:45 a.m., the Plaintiff, William Morgan, was walking in an aisle in the vicinity of the garden center on the premises of the Defendant, **Lowe's Home**

Centers, LLC, when suddenly and without <u>warning</u>, the Plaintiff, **William Morgan,** was caused to slip and fall on water on the floor sustaining the injuries and damages hereinafter alleged.

5.     The area where the Plaintiff, **William Morgan**, fell was in a dangerous and defective condition, which condition had existed for such a period of time prior to the Plaintiff's fall that the Defendants knew, or in the exercise of reasonable care, should have known of said dangerous and defective condition.

6.     Said occurrence was the direct and proximate result of the negligence, carelessness and heedlessness of the Defendant, **Lowe's Home Centers, LLC,** its agents, servants and/or employees, in one or more of the following respects, **IN THAT:**

a.     The aisle area where the Plaintiff was injured was in a defective condition in that it contained water so that it rendered the floor of the aisle slippery and made pedestrian traffic hazardous and dangerous;

b.     That said dangerous and defective condition existed for an unreasonable period of time, yet no measures had been taken to remedy and correct same;

c.     The aisle area containing the water where the Plaintiff was walking was not reasonably safe for the uses of pedestrian walking, or pushing their shopping carts;

d.     The Defendant failed to exercise reasonable care to keep this area in a reasonably safe condition for persons lawfully travelling thereon;

e.     The Defendant allowed said condition to occur and remain in an unmaintained condition where persons such as the Plaintiff were known to or were likely to walking or pushing their shopping carts;

f.   No timely inspections were made of the area where the Plaintiff was pushing her cart, nor were preventive measures taken to render said area less dangerous or defective;

g.   The Defendant knew, or in the exercise of reasonable care and inspection should have known of the aforementioned defective condition and should have taken measures to remedy and correct the same, but did not do so;

h.   The Defendant, failed to take reasonable measures to alert and warn patrons of the supermarket, to the existence of the water on the floor in the area where the plaintiff was walking, through the use of markings around the water;

i.   The Defendant, failed to take reasonable measures to prevent patrons of the store, from using the aisle, through the use of barricades, cones or other means.

j.   The Defendant was negligent and careless in the circumstances attendant.

7.   As a result of said occurrence, the Plaintiff, **William Morgan**, suffered and sustained the following injuries, all or some of which may be permanent in nature, including but not limited to the following: contusion of the right hip, right thigh and right knee; concussion; post-concussion syndrome; headaches; difficulty concentrating; dizziness; post traumatic abductor tendonitis with iliotibial band inflammation; cervical spine sprain/strain; and traumatic cyst on lumbar spine, all to his loss.

8.   As a further result of the injuries, the Plaintiff, **William Morgan**, was required to undergo surgery for removal of a cyst on his lumbar spine, all to his loss.

9.     As a result of said injuries, the Plaintiff, **William Morgan**, has incurred and in the future may incur expenses for medical care, hospital care, orthopedic care, neurological care, physical therapy, prescriptions and drugs, x-rays and related miscellaneous expenses, all to his loss.

10.    As a further result of the injuries, the Plaintiff, **William Morgan**, is and will be greatly restricted in enjoying his usual physical activities, all to his loss.

**WHEREFORE**, the Plaintiff claims:

Money Damages.

*Hereof, fail not, but of this writ with your doings and actions hereon, make due service and return according to law.*

Dated at Cromwell, Connecticut, this 1st day of August, 2022.

> **THE PLAINTIFF,**
> **William Morgan,**

By,            _____
                           **Paul A. Morello, Jr.**
                           **Donovan & Morello, LLP**
                           **His Attorneys**

| RETURN DATE: SEPTEMBER 13, 2022 | : | SUPERIOR COURT |
|---|---|---|
| WILLIAM MORGAN | : | JUDICIAL DISTRICT OF HARTFORD |
| VS. | : | AT HARTFORD |
| LOWE'S HOME CENTERS, LLC | : | AUGUST 1, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is greater than FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of costs and interest.

Paul A. Morello, Jr.
Commissioner of the Superior Court

OFFICER'S RETURN TO COURT

State of Connecticut  )
                      )      ss. Hartford          August 3, 2022
County of Hartford    )

Then and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, LOWE'S HOME CENTERS, LLC, by leaving a verified true and attested copy of the original **Writ, Summons, Complaint, and Statement of Amount in Demand** with Deneen L. Seifel, of Corporation Service Company, Registered Agent for Service and duly authorized to accept service on behalf of the within named defendant, LOWE'S HOME CENTERS, LLC, at 225 Asylum Street, 20th Floor, in said Town of Hartford.

The within is the original **Writ, Summons, Complaint, and Statement of Amount in Demand** with my doings hereon endorsed.

Attest:

Elizabeth J. Ostrowski
Connecticut State Marshal
Hartford County

Fees:
| | |
|---|---|
| Service | $ 40.00 |
| Travel | $ 12.00 |
| Verified Pages | $ 7.00 |
| Endorsements | $  1.60 |
| TOTAL | $ 60.60 |

ELIZABETH J. OSTROWSKI
CONNECTICUT STATE MARSHAL
P.O. BOX 1219, GLASTONBURY, CT 06033-1219 • (860) 965-8463

# EXHIBIT B

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



| Return date *(For Civil/Family cases)* |
| --- |
| **Sep-13-2022** |
| Docket Number |
| **HHD-CV-22-6159954-S** |

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant) Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**MORGAN, WILLIAM  v. LOWE'S HOME CENTERS, LLC**

| ☐ Housing Session | ☒ Judicial District | ☐ Geographic Area | Address of court *(Number, street, town and zip code)* **95 WASHINGTON STREET HARTFORD, CT 06106** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
| --- | --- | --- | --- | --- |

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **MORRISON MAHONEY LLP** | Juris number *(For attorney/law firm)* **404459** |
| --- | --- |

| Mailing address **ONE CONSTITUTION PLAZA 10TH FLOOR** | Post Office box number | Telephone number *(Area code first)* **860-616-4441** |
| --- | --- | --- |

| City/town **HARTFORD** | State **CT** | Zip code **06103** | Fax number **860-244-3800** | E-mail address **ghall@morrisonmahoney.com** |
| --- | --- | --- | --- | --- |

in the case named above for: *(Select one of the following parties)*

| **PLAINTIFF** | **DEFENDANT** |
| --- | --- |
| ☐ The Plaintiff. | ☒ The Defendant. |
| ☐ All Plaintiffs. | ☐ All Defendants. |
| ☐ The following Plaintiff(s) only: | ☐ The following Defendant(s) only: |

☐ Other *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
     ☐ matters in the Family Division of the Superior Court     ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender **or** ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                                                                     *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
                                                                                       *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)   ☒ Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* **414750** | Name of person signing at left *(Print or type)* **GINA MARIE HALL** | Date signed **Aug 29 2022** |
| --- | --- | --- |

### Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ___**Aug 29 2022**___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**DONOVAN & MORELLO LLP - 154 WEST STREET/CROMWELL, CT 06416**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* **414750** | Print or type name of person signing **GINA MARIE HALL** | Date signed **Aug 29 2022** |
| --- | --- | --- |

 State of Connecticut Judicial Branch
# Superior Court E-Filing


**Attorney/Firm:** MORRISON MAHONEY LLP (404459)        **E-Mail:** kcunningham@morrisonmahoney.com   Logout

HHD-CV22-6159954-S      MORGAN, WILLIAM v. LOWE'S HOME CENTERS, LLC
**Prefix/Suffix:** [none]     **Case Type:** T12      **File Date:** 08/26/2022        **Return Date:** 09/13/2022

**Hide Instructions**              ## You have successfully e-filed!

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

[ Print ]

Confirmation of E-filed Transaction (print this page for your records)

**Docket Number:** HHD-CV-22-6159954-S
**Case Name:** MORGAN, WILLIAM v. LOWE'S HOME CENTERS, LLC
**Type of Transaction:** Appearance
**Date Filed:** Aug 29 2022
**Appearance by:** 404459 MORRISON MAHONEY LLP
**Appearance for this Party(ies)**

| Party # | Party Name |
|---------|------------|
| D-01 | LOWE'S HOME CENTERS, LLC |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Aug 29 2022 11:15:56 AM

[ Return to Civil / Family Menu ]

Copyright © 2022, State of Connecticut Judicial Branch

# EXHIBIT C

DOCKET NO.: HHD-CV22-6159954-S : SUPERIOR COURT

WILLIAM MORGAN : JUDICIAL DISTRICT OF HARTFORD

v. : AT HARTFORD

LOWE'S HOME CENTER, LLC : AUGUST 29, 2022

## NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby provides notice that it will file a Notice of Removal of this action in and to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as Exhibit A.

According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action thereby preventing any further action in the Superior Court.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC

By: /s/ *Gina M. Hall*
Gina M. Hall
ghall@morrisonmahoney.com
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone:    860-616-4441
Fax:        860-244-3800

101384345
101384345

## CERTIFICATION

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **August 29, 2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Paul A. Morello, Jr.
Donovan & Morello, LLP
154 West St, Ste B
Cromwell, CT 06416

By:   /s/ *Gina M. Hall*
        Gina M. Hall

2

101384345
101384345

 

**State of Connecticut Judicial Branch**
**Superior Court E-Filing**

**Attorney/Firm: MORRISON MAHONEY LLP (404459)**          **E-Mail: kcunningham@morrisonmahoney.com**   Logout

<u>Hide Instructions</u>                                **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | HHD-CV-22-6159954-S |
| **Case Name:** | MORGAN, WILLIAM v. LOWE'S HOME CENTERS, LLC |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Aug-29-2022 |
| **Motion/Pleading by:** | MORRISON MAHONEY LLP (404459) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | |
| **Date and Time of Transaction:** | Monday, August 29, 2022 11:23:55 AM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]        [ Return to Case Detail ]

Copyright © 2022, State of Connecticut Judicial Branch